IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | | |
|---|---|---|
| ISLAM CHOMAEV, | ) | |
| | ) | NO. 2:21-cv-02665 |
| Plaintiff, | ) | |
| v. | ) | JUDGE THOMAS L. PARKER |
| | ) | |
| MCLANE FOODSERVICE, INC. and ZO | ) | MAGISTRATE JUDGE |
| AUSTIN, | ) | TU M. PHAM |
| | ) | |
| Defendants. | ) | JURY DEMAND |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW plaintiff Islam Chomaev and defendants McLane Foodservice, Inc. and Zo

Austin, by and through their attorneys of record, and stipulate that the above-styled action shall

be and is dismissed WITH PREJUDICE pursuant to Fed.R.Civ.P. 41(a)(ii).

Dated April 13, 2022.

Respectfully submitted,

LEWIS THOMASON, P.C.

By:/s/*Mary Beth White*
Mary Beth White, BPR #24462
Paige Bernick, BPR #30071
424 Church Street, Suite 2500
Nashville, TN  37219
(615) 259-1366
mbwhite@lewisthomason.com
pbernick@lewisthomason.com

*Attorneys for defendants McLane Foodservice, Inc.*
*and Zo Austin*

MORGAN & MORGAN – MEMPHIS, LLC

By:/s/*Mohammed Farraj w/permission*
    *by Mary Beth White*
    Mohammed Farraj, BPR #36519
    80 Monroe Avenue, Suite 900
    Memphis, TN  38103
    (901) 344-2073
    mfarraj@forthepeople.com

*Attorneys for plaintiff Islam Chomaev*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE was filed electronically.  Notice of this filing will be sent via the Court's ECF system:

Mohammed Farraj, Esq.
Morgan & Morgan – Memphis, LLC
80 Monroe Avenue, Suite 900
Memphis, TN  38103

This the 13th day of April 2022.

        /s/Mary Beth White

2