# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ISLAM CHOMAEV, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MCLANE FOODSERVICE, INC. and ZO ) <br> AUSTIN, ) <br> ) <br> Defendants. ) | No. 2:21-cv-02665-TLP-tmp <br><br> JURY DEMAND |

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Notice of Removal from Shelby County Circuit Court, filed on October 25, 2021. (ECF No. 1.) In accordance with the Stipulation of Dismissal (ECF No. 19), agreed to by the parties in the case and under Federal Rules of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

April 13, 2022
Date